COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Frederick J. Bell
3618 Broken Arrow Rd.
Iberia Parish Jail
New Iberia LA 70560

REHEARING ACTION: March 16, 2016

**Docket Number: 15   01143-KH**

**STATE OF LOUISIANA**
**VERSUS**
**FREDERICK J. BELL**

**Writ Application from Iberia Parish Case No. 15-CR1661/9999-CR-512638**

**BEFORE JUDGES:**

    **Hon. Jimmie C. Peters**
    **Hon. James T. Genovese**
    **Hon. David Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Frederick J. Bell** has this day been

    **DENIED.**  *See* Uniform Rules—Courts of Appeal, Rule 2-18.7.

cc: Hon. M. Bofill Duhe, Counsel for  the Respondent